IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MISAEL B. RAMIREZ,

        Petitioner,

  v.

BEN CURRY, Warden,

        Respondent.
                                        /

No. CV-07-4321 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: October 15, 2007                          Richard W. Wieking, Clerk

                                                                   By: Tracy Lucero
                                                                     Deputy Clerk